**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA COWLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PRUDENTIAL SECURITY, INC.,<br><br>Defendant. | Case No.: 1:19-cv-01472-NONE-JLT<br><br>**[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER GRANTING JOINT STIPULATION TO REQUEST RELIEF FROM SCHEDULING ORDER**<br>(Doc. 15) |

Based upon the stipulation of the parties and good cause appearing, the Court **ORDERS** the case schedule to be amended as follows:

1. The conditional certification of the FLSA collection motion SHALL be filed no later than August 31, 2020.  Opposition or a statement of non-opposition to the motion SHALL be filed no later than September 28, 2020. The reply brief, if any, SHALL be filed no later than October 12, 2020.  The hearing on the motion is CONTINUED to November 8, 2020;

2. Any motion to amend or stipulation to amend a pleading SHALL be filed no later than October 1, 2020;

3. The motion for class certification SHALL be filed no later than December 11, 2020. Opposition or a statement of non-opposition to the motion SHALL be filed no later than January 25, 2021. The reply brief, if any, SHALL be filed no later than February 22, 2021. The hearing on the motion is CONTINUED to March 29, 2021 at 9:00 a.m.

No other modifications to the case schedule are authorized.

IT IS SO ORDERED.

Dated: **May 19, 2020**                         **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE

---

1
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REQUEST RELIEF FROM SCHEDULING ORDER
*Cowley v. Prudential Security, Inc.*; Case No. 1:19-cv-01472-NONE-JLT