# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA COWLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PRUDENTIAL SECURITY, INC.,<br><br>　　　　　Defendant. | Case No.: 1:19-cv-01472-NONE-JLT<br><br>ORDER AFTER MID-DISCOVERY STATUS CONFERENCE |

　　　　At the mid-discovery status conference (Doc. 19), counsel agreed that the plaintiff would provide a draft *Belaire-West* notice by the end of the day and that it would be finalized after review by the defense, and the notice mailed no later than July 10, 2020. Counsel acknowledged this will require the plaintiff to immediately hire a third-party administrator at his cost and the defense to immediately gather and provide to the administrator the contact information for the putative members of the collection/class.

///

///

///

///

///

1

The Court sets a further status conference on July 31, 2020 at 10:30 a.m. Counsel SHALL file a joint status report no later than July 24, 2020. By that time, the Court expects that the defense will have provided amended discovery responses and that the *Belaire-West* notice process will be well underway. Counsel will also report on whether there needs to be adjustment to the case schedule and, if so, a proposed schedule.

IT IS SO ORDERED.

Dated: __**June 30, 2020**__             _____/s/ Jennifer L. Thurston_____
                                                                  UNITED STATES MAGISTRATE JUDGE