# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA COWLEY,<br><br>            Plaintiff,<br><br>        v.<br><br>PRUDENTIAL SECURITY, INC.,<br><br>            Defendant. | Case No.: 1:19-cv-01472-NONE-JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. 27) |

The Court ordered defense counsel to show cause why sanctions should not be imposed for the failure to appear at the further status conference. (Doc. 27). The same day, Mr. Scheithauer filed a declaration indicating that, despite having received proper notice of the hearing, he simply made a mistake and thought the conference was at 1:30 p.m., rather than 10:30 a.m.  Mistakes happen.  The Court is confident this mistake will not recur. Thus, the Court DISCHARGES the order to show cause.

IT IS SO ORDERED.

   Dated:   **August 2, 2020**              **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE