# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA COWLEY, on behalf of himself and all others situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PRUDENTIAL SECURITY, INC.,<br><br>　　　　　Defendant. | Case No.: 1:19-cv-01472-NONE-JLT<br><br>**[PROPOSED] ORDER GRANTING JOINT REQUEST FOR THE COURT TO ADMINISTRATIVELY ADJUST BRIEFING SCHEDULE SET AT ECF 27**<br><br>(Doc. 31) |

　　　The Court has reviewed the stipulation of counsel regarding the briefing schedule for the motion for condition certification of the collection under the FLSA. They are correct that the Court made a typographical error. Thus, the stipulation is GRANTED, and the schedule is amended as follows:

　　　1.　　The opposition or a statement of non-opposition to the motion SHALL be filed no later than December 4, 2020.

///

All other deadlines remain the same.

IT IS SO ORDERED.

Dated: **August 4, 2020**       **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING JOINT REQUEST FOR THE COURT TO ADMINISTRATIVELY ADJUST BRIEFING SCHEDULE SET AT ECF 27

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING JOINT REQUEST FOR THE COURT TO ADMINISTRATIVELY ADJUST BRIEFING SCHEDULE SET AT ECF 27