Carolyn Hunt Cottrell (SBN 158253)
David C. Leimbach (SBN 265409)
Scott L. Gordon (SBN 319872)
Travis A. Smith (SBN 331305)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
dleimbach@schneiderwallace.com
sgordon@schneiderwallace.com
tasmith@schneiderwallace.com

Attorneys for Plaintiff and the Putative Collective and Class

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA COWLEY, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PRUDENTIAL SECURITY, INC.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-01472-NONE-JLT<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY RESPONSES TO SPECIAL INTERROGATORIES NOS. 1 AND 2**<br><br>Judge: None assigned<br>Magistrate Judge: Honorable Jennifer L. Thurston<br><br>Complaint Filed:  October 16, 2019<br>Trial Date: None Set |

---

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY RESPONSES TO SPECIAL INTERROGATORIES NOS. 1 AND 2**
*Cowley v. Prudential Security, Inc.*, Case No.: 1:19-cv-01472-NONE-JLT

1  TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on October 23, 2020, at 9:30 a.m. or as soon thereafter as counsel may be heard in the courtroom of the Honorable Jennifer L. Thurston, in Courtroom 4 of the United States District Court for the Eastern District of California, located at 2500 Tulare Street, Fresno, California, 93721, Plaintiff Joshua Cowley, individually and on behalf of all others similarly situated ("Plaintiff"), will and hereby does move to compel Defendant Prudential Security, Inc. ("Defendant") to provide responses to Plaintiff's Special Interrogatories Nos. 1 and 2.

Specifically, in response to its Special Interrogatory Number 1, Plaintiff seeks the names and contact information of putative Class members, and in Special Interrogatory Number 2, Plaintiff seeks the names and contact information of putative Collective members. Plaintiff is entitled to this information. Defendant has failed to establish a meritorious basis for its refusal to provide responsive information. As a result, Defendant should be compelled to provide responses to Plaintiffs Special Interrogatories Nos. 1 and 2.

This Motion is based upon this Notice of Motion and Motion, the forthcoming Joint Statement re Discovery Disagreement, pursuant to Local Rule 251(c), all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

The Parties will file a Joint Statement, or Plaintiff will file an affidavit regarding efforts to secure a Joint Statement, at least seven days prior to the scheduled hearing date in compliance with Local Rule 251(c).

Date: October 2, 2020                      Respectfully Submitted,

                                           */s/ Caroline N. Cohen*
                                           Carolyn H. Cottrell (SBN 166977)
                                           David L. Leimbach (SBN 265409)
                                           Caroline N. Cohen (SBN 278154)
                                           Scott G. Gordon (SBN 319872)
                                           Travis A. Smith (SBN 331305)
                                           SCHNEIDER WALLACE
                                           COTTRELL KONECKY LLP

                                           Attorneys for Plaintiff, the Collective,
                                           and Putative Class

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document(s) with the Clerk of the Court for the United States District Court, Eastern District of California, by using the Court's CM/ECF system on October 2, 2020.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

/s/*Caroline N. Cohen*
Caroline N. Cohen
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccohen@schneiderwallace.com

Attorneys for Plaintiffs and the Putative Classes and Collective