# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA COWLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PRUDENTIAL SECURITY, INC.,<br><br>　　　　　Defendant. | Case No.: 1:19-cv-01472-NONE-JLT<br><br>ORDER GRANTING IN PART AND DENYING IN PART STIPULATION TO AMEND THE CASE SCHEDULE<br><br>(Doc. 50) |

　　　　Defense counsel has filed a notice that he intends to withdraw from the representation of the defendant. (Doc. 48) He offers little explanation for this need to withdraw, except to cite to the Rules which, of course, lay out various reasons why withdrawal may be required. Id. He offers no indication whether the defendant agrees with the withdrawal or whether he has reason to believe he will not be required to file a motion to withdraw.

　　　　Nevertheless, counsel seek to amend the case schedule to allow the defendant to retain substitute counsel and for the new attorney to become prepared to proceed. Notably, counsel can offer the Court no assurance that the defendant will retain counsel within 30 days or, if this occurs, whether the proposed schedule amendment makes sense for the newly retained counsel. For example, if the corporation fails to take the steps needed to retain new counsel and current counsel is forced to file a motion to withdraw, that process can take 45 days or more from the date the motion is filed. After that, the Court would be required to afford the defendant an opportunity to appear

through counsel. This entire process could take until the end of the year to complete. Thus, though the Court will **GRANT** the stipulation to the extent that it will continue the hearing on the motion to compel to **November 30, 2020 at 10:30 a.m.**, the rest of the stipulation is **DENIED** as premature.

IT IS SO ORDERED.

Dated:     **October 8, 2020**                               **/s/ Jennifer L. Thurston**
                                                                                UNITED STATES MAGISTRATE JUDGE