**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA COWLEY, on behalf of himself and all others situated, <br><br> Plaintiff, <br><br> vs. <br><br> PRUDENTIAL SECURITY, INC., <br><br> Defendant. | Case No.: 1:19-cv-01472-NONE-JLT <br><br> **[PROPOSED] ORDER GRANTING CONTINUANCE OF DEADLINES TO FACILITATE TRANSITION OF DEFENDANT'S SUBSTITUTE COUNSEL AND ALLOW PARTIES TO FOCUS ON MEDIATION EFFORTS** <br><br> (Doc. 59) |

# [~~PROPOSED~~] ORDER GRANTING CONTINUANCE OF DEADLINES

Based upon the stipulation of the parties and good cause appearing, the Court **ORDERS** the case schedule to be amended as follows:

1. The motion for class certification **SHALL** be filed no later than **May 11, 2021**. Opposition to the motion **SHALL** be filed no later than **June 12, 2021**. The reply, if any, **SHALL** be filed no later than **July 2, 2021**;

2. All non-expert discovery **SHALL** be filed no later than **June 1, 2021**;

3. The parties **SHALL** disclose any expert witnesses no later than **June 15, 2021** and any rebuttal experts no later than **July 15, 2021**. The parties **SHALL** complete all expert discovery no later than **August 21, 2021**;

4. Non-dispositive motions **SHALL** be filed no later than **September 20, 2021** and heard no later than **October 20, 2021**;

5. Dispositive motions **SHALL** be filed no later than **November 1, 2021** and heard no later than **December 1, 2021**.

IT IS SO ORDERED.

Dated:   **November 4, 2020**          /s/ Jennifer L. Thurston
                                       UNITED STATES MAGISTRATE JUDGE

- 1 -

[~~PROPOSED~~] ORDER GRANTING STIPULATION TO CONTINUE DEADLINES TO FACILIATE TRANSITION OF DEFENDANT'S SUBSTITUTE COUNSEL AND ALLOW PARTIES TO FOCUS ON MEDIATION EFFORTS